■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE FLETCHER, Appellant, v CHARLES SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent. — Order, Supreme Court, New York County (Richard Wallach, J.), entered

on July 7, 1982, unanimously affirmed, without costs and without disbursements. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Carro, Bloom and Rosenberger, JJ.